UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22069-CIV-UNGARO
(08-20631-CR-UNGARO)
MAGISTRATE JUDGE P.A. WHITE

O'NEIL SAMUEL MAXWELL,        :

    Petitioner,           :

v.                             :        REPORT OF
                                                      MAGISTRATE JUDGE
UNITED STATES OF AMERICA,     :

    Respondents.          :
_____

    This Cause is before the Court upon an Order of Referral of this case to the Undersigned Magistrate Judge. The petitioner filed a motion to vacate pursuant to 28 U.S.C. §2255, with the aid of counsel on June 23, 2010. Counsel has since withdrawn and the petitioner is now considered pro-se.

    The case was initially assigned to Magistrate Judge Simonton, who ordered the petitioner to file an amended motion to vacate on or before November 1,2010. The petitioner failed to comply.

    As the petitioner is proceeding pro-se, the case was transferred to Magistrate Judge White. Review of the case revealed that the petitioner must file an amended motion to vacate or risk dismissal of his case. He was ordered to file an amended motion to vacate, signed under penalty of perjury on or before February 1, 2011. He was cautioned that failure to file the amended motion may result in dismissal of his case.

    Research at the Bureau of Prisons website indicates that the petitioner was released on November 30, 2010. The petitioner failed to file either an updated address with the Court or the amended

motion to vacate in compliance with the Court's Order. It is therefore recommended that this motion be dismissed without prejudice for lack of prosecution.

Objections to this Report may be filed with the District Judge within fourteen days following receipt.

Dated this 16th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Samuel Maxwell, Pro Se
    Reg #56206-004
    McCrae CI
    Last known address of record

    Maria Medetis, AUSA
    Miami Office of US Attorney
    Attorney of record