UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-22069-CIV-UNGARO

O'NEIL SAMUEL MAXWELL,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Plaintiff's Motion to Vacate Sentence pursuant to 28 U.S.C. § 2255, filed June 23, 2010.  (D.E. 1.)

THE COURT has reviewed the record as a whole and is otherwise fully advised in the premises.

Movant initially filed a Motion to Vacate with the assistance of counsel.  The matter was referred to Magistrate Judge Andrea M. Simonton.  Thereafter, counsel withdrew from his representation of Movant and the matter was referred to Magistrate Judge Patrick A. White, who, on March 16, 2010, issued a Report recommending that the Motion be dismissed for Movant's lack of prosecution.[1]  (D.E. 11.)  The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; however, no objections were filed.  The matter is now ripe for review.  Accordingly, having conducted a careful, *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 11) is

---

[1] In his Report, the Magistrate Judge also notes that a search of the Bureau of Prisons website reveals that Movant was released from its custody on November 30, 2010.

RATIFIED, ADOPTED and AFFIRMED.  The Motion to Vacate (D.E. 1) is DISMISSED.

DONE and ORDERED in Chambers, at Miami, Florida this 12th day of April, 2011.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
O'Neil Samuel Maxwell, *pro se*